**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-7728**

———————————

RICHARD W. BELL,

                Plaintiff - Appellant,

      v.

FRANIS, Sheriff; COVENANT, Captain; SERGEANT DOLE; VANCE,
Sheriff Deputy,

                Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:09-cv-00650-JCC-IDD)

———————————

Submitted:  December 15, 2009     Decided:  December 21, 2009

———————————

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Richard W. Bell, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard W. Bell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bell v. Franis, No. 1:09-cv-00650-JCC-IDD (E.D. Va. Sept. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED